444

Argued May 22, affirmed May 22, petition for rehearing denied
June 14, petition for review denied July 31, 1973

## STATE OF OREGON, *Respondent, v.* JOHN KINICHI TANAKA (No. C 72-08-2415 Cr), *Appellant.*

509 P2d 1220

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.